# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. ACTION NO. 3:21-00253-01 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| ANDREA LENAE BASS (01) | MAG. JUDGE KAYLA D. MCCLUSKY |

### REPORT AND RECOMMENDATION ON
### FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE

Upon reference of the District Court pursuant to 28 U.S.C. § 636(b), and with the written and oral consent of the Defendant, this cause came before the undersigned U. S. Magistrate Judge on February 8, 2023, for waiver of indictment, administration of guilty plea, and allocution of the Defendant Andrea Lenae Bass under Rule 11 of the Federal Rules of Criminal Procedure. Defendant was present with her counsel, Mr. Val Salomon.

After said hearing, it is the finding of the undersigned that the Defendant is fully competent, that her waiver of indictment and plea of guilty are knowing and voluntary, and her guilty plea to Count One of the Bill of Information is fully supported by a written factual basis for each of the essential elements of the offense. In addition, both the government and the Defendant agreed to waive their right to object to the report and recommendation. Accordingly,

IT IS RECOMMENDED that the District Court ACCEPT the guilty plea of the Defendant Andrea Lenae Bass in accordance with the terms of the plea agreement filed in the record of these proceedings, and that Andrea Lenae Bass be finally adjudged guilty of the offense charged in Count One of the Bill of Information.

IT IS FURTHER RECOMMENDED that the District Court ACCEPT Defendant's agreement to forfeit and abandon any claim, right, title, or interest she may have in the firearm(s), ammunition, currency, and any contraband seized in this matter.

IT IS FURTHER RECOMMENDED that, pursuant to the parties' waiver of their right to object, that the District Court immediately adopt the report and recommendation without passage of the requisite delay.

In Chambers, at Monroe, Louisiana, on this 2nd day of March, 2023.

                                                        KAYLA DYE MCCLUSKY
                                                        UNITED STATES MAGISTRATE JUDGE