UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. ACTION NO. 3:21-00253-01 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| ANDREA LENAE BASS (01) | MAG. JUDGE KAYLA D. MCCLUSKY |

# JUDGMENT

The Report and Recommendation [Doc. No. 63] of the Magistrate Judge having been considered, and the parties having waived their right to object thereto,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Court accepts the guilty plea of the Defendant Andrea Lenae Bass and adjudges her guilty of the offense charged in Count One of the Bill of Information.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Court accepts Defendant's agreement to forfeit and abandon any claim, right, title, or interest she may have in the firearm(s), ammunition, currency, and any contraband seized in this matter.

MONROE, Louisiana, this 6th day of March 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE